U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

MAY 0 6 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 1:20-cr-00099-01 |
| VERSUS | * | Judge Drell |
| | * | Magistrate Judge Perez-Montes |
| ERIC DEWAYNE ADDISON | * | |

## MOTION TO SEAL INDICTMENT

NOW INTO COURT, comes the United States of America, by and through the United States Attorney and undersigned counsel, and respectfully represents as follows:

1.

On May 6, 2020, a five-count indictment was returned by the federal grand jury sitting in Lafayette, Louisiana.

2.

At the time of the presentment of the indictment to the Magistrate Judge, the United States requested that the indictment be placed under seal.

3.

Based on the court's policy, the United States hereby moves for an Order of this Honorable Court **sealing** the indictment in said matter.

4.

The United States also moves that all court personnel, including but not limited to:  Clerk of Court, U.S. Probation, U.S. Marshal, be instructed not to reveal

the existence of said indictment or the name of the defendants to anyone, specifically including the news media and/or defense attorneys.

Further, the United States respectfully requests that nothing in any sealing Order issued by the Court be construed to restrict law enforcement agencies or personnel from communicating information regarding this indictment to any party for purposes related to the apprehension and arrest of the defendants named in this indictment.

WHEREFORE, the United States hereby moves for an Order of this Honorable Court <u>sealing</u> the above captioned indictment until the arrest of all the defendants in the above captioned case.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

By: _____
ROBERT F. MOODY (TX BAR# 24062903)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
Telephone: 318-676-3600