UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-CR-00099** |
| | * | **CIVIL NO. 22-CV-02117** |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | **JUDGE DRELL** |
| **ERIC DEWAYNE ADDISON** | * | **MAGISTRATE JUDGE PEREZ-MONTES** |

## NOTICE OF APPEARANCE OF COUNSEL

NOW INTO COURT, by and through the undersigned Assistant United States Attorney, comes the United States of America, who respectfully requests that Cristina Walker, Assistant United States Attorney, be enrolled as counsel of record for the United States in this matter.

    Respectfully submitted,

    BRANDON B. BROWN
    United States Attorney

BY: *s/ Cristina Walker*

    CRISTINA WALKER (#8497)
    Assistant United States Attorney
    300 Fannin Street, Suite 3201
    Shreveport, LA 71101-3068
    (318) 676-3600

Case 1:20-cr-00099-DDD-JPM   Document 53   Filed 07/19/22   Page 2 of 2 PageID #: 257

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Appearance of Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the *pro se* defendants by placing a copy of same in the United States Mail as follows:

    Mr. Eric Dewayne Addison
    #02426-509
    FCI – Forrest City Medium
    P. O. Box 3000
    Forrest City, AR 72336

Lafayette, Louisiana, this the 19th day of July, 2022.

                        Respectfully submitted,

                        BRANDON B. BROWN
                        United States Attorney

BY:   *s/ Cristina Walker*
                        CRISTINA WALKER (#8497)
                        Assistant United States Attorney
                        300 Fannin Street, Suite 3201
                        Shreveport, LA 71101-3068
                        (318) 676-3600