UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 20-cr-099-01 |
| -vs- | JUDGE DRELL |
| ERIC DEWAYNE ADDISON (01) | MAGISTRATE JUDGE PEREZ-MONTES |

ORDER

Before the court is Eric Dewayne Addison's ("Addison") request for transcripts of proceedings held in this matter on July 21, 2021 and November 5, 2021. (Doc. 71). Addison requests these transcripts so he may file a reply to the Government's response to his motion brought pursuant to 28 U.S.C. § 2255. A review of the record reveals the need to have this request made through counsel. Accordingly, it is

ORDERED that counsel is reappointed for the limited purpose of handling the instant motion and making any related requests, as is necessary.

THUS DONE AND SIGNED at Alexandria, Louisiana this 2ND day of July 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT