UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 20-CR-00099 |
| | * |
| | * JUDGE DRELL |
| VERSUS | * |
| | * |
| | * |
| | * |
| ERIC DEWAYNE ADDISON | * MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Considering the foregoing MOTION TO VACATE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

The Report and Recommendation, Record Document 85, be and hereby is vacated from the record.

THIS DONE AND SIGNED this 30th day of July, 2024, in Alexandria, Louisiana.

DEE D. DRELL, Senior Judge
UNITED STATES DISTRICT COURT