UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:20-CR-00099 |
| VERSUS | JUDGE DRELL |
| ERIC DEWAYNE ADDISON (01) | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

THIS MATTER was referred to United States Magistrate Joseph H.L. Perez-Montes for a Report and Recommendation on Eric Dewayne Addison's ("Addison") Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. ("Motion to Vacate") (Doc. 51). Judge Perez-Montes has since issued a Report and Recommendation, recommending that the Court grant in part and deny in part Addison's Motion to Vacate. (Doc. 93). Neither party has submitted objections, and the time to do so has passed. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Perez-Montes's Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that the matter be referred to Magistrate Jospeh H.L. Perez-Montes for an evidentiary hearing on the sole issue of whether Addison indicated to his trial counsel that he wanted to appeal.

It is **FURTHER ORDERED** that Magistrate Perez-Montes shall issue a supplemental Report and Recommendation addressing that issue.

It is **FURTHER ORDERED** that in all other respects, the Motion to Vacate is **DENIED**.

SIGNED this 11th day of December 2024, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT