## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

UNITED STATES OF AMERICA            CASE NO.  1:20-CR-00099-01

-vs-                                       JUDGE DRELL

ERIC DEWAYNE ADDISON (01)        MAGISTRATE JUDGE PEREZ-MONTES

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 111), and after independent (de novo) review of the record including the objection (ECF No. 112) filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 51) filed by Petitioner Eric Dewayne Addison ("Addison") is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Addison has failed to demonstrate a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Alexandria, Louisiana this 22nd day of June 2026.

                                    DEE D. DRELL, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT